UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STEVEN MONGEAU,<br><br>  Plaintiff,<br><br>v.<br><br>AUBREY GOMEZ,<br><br>  Defendant. | No. 5:24-CV-00047-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed as frivolous and for failure to state claim under 28 U.S.C. §§ 1915 and 1915A.

Dated October 2, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge